**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Try Ang</u>
     Plaintiff

     V.

<u>Tompkins et al</u>
     Defendant

CIVIL ACTION

NO. 19-cv-10559-NMG

**<u>ORDER OF DISMISSAL</u>**

<u>Gorton, D. J.</u>

    In accordance with the Court's allowance of Defendant's Motion to Dismiss dated <u>04/29/2019</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed as moot.

                                              By the Court,

<u>04/29/2019</u>                                        /s/ Leonardo T. Vieira
Date                                                Deputy Clerk